THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE LOMBARDOZZI, Appellant.—

Christ, P. J., Rabin, Hopkins and Munder, JJ., concur. (Beldock, P. J., deceased.)